■ JOSEPHINE CUMMINGS, as Administratrix of the Estate of JOHN LEE GORDON, Deceased, Respondent, v OUR LADY OF MERCY MEDICAL CENTER et al., Appellants, and MOUNT SINAI HOSPITAL et al., Respondents, et al., Defendants. [805 NYS2d 282]—

Orders, Supreme Court, Bronx County (Yvonne Gonzalez, J.), entered February 13, 2004, which, inter alia, denied defendants-appellants' motion to dismiss the complaint for failure to comply with court-ordered discovery, unanimously affirmed, with separate bills of costs.

The conditional order of preclusion upon which defendants rely required only that plaintiff serve distinguishable bills of particulars responsive to the demands of each defendant; no other deficiencies in plaintiff's bills of particulars were specified. Inasmuch as plaintiff complied with the conditional order by serving distinguishable bills that appropriately amplified the pleadings, and will limit the proof and prevent surprise at trial (see Philipp Bros. Export Corp. v Acero Peruano S.A., 88 AD2d 529 [1982]), no occasion was presented for the extreme relief sought by defendants. Concur—Buckley, P.J., Andrias, Catterson and Malone, JJ.

■ SHAINE KADYORIOS, Respondent, v CAROL NELSON, Appellant. [805 NYS2d 280]—

Order, Supreme Court, Bronx County (Ira R. Globerman, J.), entered March 22, 2005, which denied defendant's motion to dismiss the amended complaint seeking a divorce and distribution of marital property, unanimously affirmed, without costs.

The pleadings stated a cause of action that was sufficient to overcome the motion to dismiss. As the validity of the ex parte Dominican Republic divorce has not yet been determined, plaintiff cannot, as yet, be barred by the doctrine of res judicata from seeking ancillary relief, and dismissal on the basis of the prior divorce would be premature (see Kushnick v Kushnick, 196 Misc 2d 140 [2003]). We have considered and rejected defendant's remaining arguments. Concur—Buckley, P.J., Andrias, Catterson and Malone, JJ.